IN THE US DISTRICT COURT FOR
THE DISTRICT OF SOUTH DAKOTA SOUTHERN DIVISION

| | |
|---|---|
| SIOUX VALLEY RURAL TELEVISION, INC., a South Dakota corporation, | CIV. 15–4054 |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL** |
| v. | |
| SPEEDCONNECT, LLC, a Michigan limited liability company, | |
| Defendant/Counter-Plaintiff. | |

The parties to this litigation, by and through their counsel or record, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree that this action may be dismissed without prejudice, and with the parties bearing their own costs, fees and disbursements.

Dated at Sioux Falls, South Dakota, this 24th day of March, 2015.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

Edwin E. Evans
Justin T. Clarke
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone:  (605) 336-2880
Facsimile:  (605) 335-3639
E-mail:  eevans@dehs.com
             jclarke@dehs.com

**ATTORNEYS FOR DEFENDANT
SPEEDCONNECT, LLC**

1

Henry J. Brennan
Michael J. Sheehan
HOWARD & HOWARD
450 West Fourth Street
Royal Oak, MI 48067-2557
Telephone:  (248) 723-0376
Facsimile:  (248) 645-1568
Email:  mshcehan@howardandhoward.com
        hbrennan@howardandhoward.com

**ATTORNEYS FOR DEFENDANT
SPEEDCONNECT, LLC MOTION TO ADMIT
PRO HAC VICE TO BE FILED**

Dated at Sioux Falls, South Dakota, this _20_ day of March, 2015.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

R. Alan Peterson
110 N. Minnesota Avenue, Suite 400
P. O. Box 2700
Sioux Falls, SD  57101-2700
Email:  rpeterson@lynnjackson.com

**ATTORNEYS FOR PLAINTIFF**

2